ARTHUR W. FREDETTE, Appellant, *v.* VILLAGE OF WHITE-
HALL et al., Respondents.

(Argued October 19, 1928; decided November 20, 1928.)

*Stewart Maurice* for appellant.
*O. A. Dennis* for respondent.
*Walter S. Archibald* for respondent William E. Benton.
no opinion.
Concur: CARDOZO, Ch. J., POUND, ANDREWS and
LEHMAN, JJ.; CRANE, KELLOGG and O'BRIEN, JJ., dissent
as to the defendant Village of Whitehall.